FILED
MAR 04 2021
Clerk, U.S. District Court
District Of Montana
Great Falls

**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Cyndee.Peterson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JOHN DOUGLAS WOODCOCK, Defendant. | CR 21- 17 -GF-BMM<br><br>INDICTMENT<br><br>DISTRIBUTION AND RECEIPT OF CHILD PORNOGRAPHY (Counts I-III)<br>Title 18 U.S.C. § 2252A(a)(2)(b)<br>(Penalty: Mandatory minimum five years to 20 years imprisonment, $250,000 fine, five years to lifetime supervised release, $5,000 special assessment, and up to $35,000 special assessment)<br><br>FORFEITURE<br>Title 18 U.S.C. § 2253(a) |
|---|---|

THE GRAND JURY CHARGES:

1

## COUNT I

That between on or about June 2019 and July 2019, at Great Falls, in Cascade County, in the State and District of Montana, the defendant, JOHN DOUGLAS WOODCOCK, did knowingly distribute any child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2) and (b).

## COUNT II

That between on or about October 2019 and November 2019, at Great Falls, in Cascade County, in the State and District of Montana, the defendant, JOHN DOUGLAS WOODCOCK, did knowingly distribute any child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2) and (b).

## COUNT III

That between on or about April 23, 2019, and December 6, 2019, at Great Falls, in Cascade County, in the State and District of Montana, the defendant, JOHN DOUGLAS WOODCOCK, did knowingly receive any child pornography, as defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate

and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2) and (b).

### FORFEITURE ALLEGATION

As a result of the commission of the crimes described above, and upon his conviction, the defendant, JOHN DOUGLAS WOODCOCK, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a), all right, title and interest in the following described property that represents property used to commit the offenses and property that contains any visual depiction described in § 2253(a)(1): Samsung Galaxy S10, IMEI: 354634/10/031429/1.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney